| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>King, Norah M. | 2. Court or Organization<br><br>U.S. District Court, S.D. Ohio | 3. Date of Report<br><br>04/30/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (ft) | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>235 Joseph P. Kinneary U.S. Courthouse<br>85 Marconi Blvd.<br>Columbus, OH 43215 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | Nat'l. Council, The Ohio State University Moritz College of Law |
| 2. | ADJUNCT PROFESSOR | THE OSU MORITZ COLLEGE OF LAW |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/2014 | MJ KING & THE OSU MORITZ COLLEGE OF LAW; CONTRACT TO TEACH COURSE FOR COMPENSATION |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Norah M. | 04/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | THE OSU MORITZ COLLEGE OF LAW; COMPENSATION FOR TEACHING | $18,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | self-employed - attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Tunney Lee King Retirement Account | Loan [redacted] College Expenses | K |
| 2. | Charter One Bank | Commercial Line of Credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Norah M. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Short-Term Bond | B | Dividend | | | Sold | 09/01/14 | N | D | |
| 2. Brown Invest. Adv. | A | Dividend | | | Sold | 09/01/14 | L | C | |
| 3. Diamond Hill Sm. Cap. | A | Dividend | | | Sold | 09/01/14 | K | A | |
| 4. Vanguard Short Term Bond Signal | A | Dividend | | | Sold | 09/01/14 | M | B | |
| 5. VanguardTtotal Bond Market Index Signal | A | Dividend | | | Sold | 09/01/14 | M | B | |
| 6. PIMCO Total Return Instl | A | Dividend | | | Sold | 09/01/14 | M | B | |
| 7. Vanguard Total Internl Stock Index Signal Share Class | A | Dividend | | | Sold | 09/01/14 | L | A | |
| 8. T. Rowe Price Equity Income | A | Dividend | | | Sold | 09/01/14 | L | A | |
| 9. Brown Advisory Growth Equity Inst | A | Dividend | | | Sold | 09/01/14 | K | A | |
| 10. PIMCO Commodity Real Return Strategy I | A | Dividend | | | Sold | 09/01/14 | K | A | |
| 11. Brown Cap Mgt | A | Dividend | | | Sold | 09/01/14 | K | A | |
| 12. Franklin Templeton For Sm Cap | A | Dividend | | | Sold | 09/01/14 | K | A | |
| 13. Oakmark Intl | A | Dividend | | | Sold | 09/01/14 | K | A | |
| 14. Prudential Jennison Mid Cap | A | Dividend | | | Sold | 09/01/14 | K | A | |
| 15. Thornburg Intl | A | Dividend | | | Sold | 09/01/14 | K | A | |
| 16. Vanguard Selected Value | A | Dividend | | | Sold | 09/01/14 | K | A | |
| 17. Blackstone Group | A | Dividend | J | T | Buy | 09/15/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackrock high Yield Bond Instl CL | A | Dividend | L | T | Buy | 09/22/14 | L | | |
| 19. Brown Advisory Growth Equity Investor CL | A | Dividend | M | T | Buy | 09/22/14 | M | | |
| 20. Harbor Intl Instd CL | A | Dividend | L | T | Buy | 09/22/14 | L | | |
| 21. Loomis Sayles Investment Grade Bond | A | Dividend | M | T | Buy | 09/22/14 | M | | |
| 22. Oppenheimer Steelpath MLP Income | A | Dividend | K | T | Buy | 09/22/14 | K | | |
| 23. MFS New Discovery | A | Dividend | K | T | Buy | 09/22/14 | K | | |
| 24. Oppenheimer Development Markets | A | Dividend | L | T | Buy | 09/22/14 | L | | |
| 25. Prudential Jennison MidCap Growth | A | Dividend | K | T | Buy | 09/22/14 | K | | |
| 26. Putnam Small Cap Value | A | Dividend | K | T | Buy | 09/22/14 | K | | |
| 27. Templeton Global Bond Advisor | A | Dividend | K | T | Buy | 09/22/14 | K | | |
| 28. T Rowe Price Value | A | Dividend | M | T | Buy | 09/22/14 | M | | |
| 29. Vanguard Selected Value Investor | A | Dividend | K | T | Buy | 09/22/14 | K | | |
| 30. Vanguard REIT Index Signal | A | Dividend | K | T | Buy | 09/22/14 | K | | |
| 31. Account - Huntington Natl Bank | A | Interest | M | T | Open | 08/01/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Norah M. | 04/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| King, Norah M. | 04/30/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Norah M. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544